# Court of Appeals
## Tenth Appellate District of Texas

---

### 10-25-00012-CV

---

Gary Gibson,
Appellant

v.

Estate of Basil Steve Cotton, Deceased,
Appellee

---

On appeal from the
County Court at Law No. 1 of Johnson County, Texas
Judge John E. Neill, presiding
Trial Court Cause No. CC-C20240382

---

JUSTICE SMITH delivered the opinion of the Court.

### MEMORANDUM OPINION

Appellant, Gary Gibson, filed his notice of appeal on January 14, 2025 challenging the Judgment for Estate of Basil Steve Cotton, Deceased rendered in the trial court. On that date, Appellant was notified that a docketing statement is required to be completed and returned to this Court. The required docketing statement was not received. *See* TEX. R. APP. P. 32.1. By letter dated February 10, 2025, the Clerk of this Court notified Appellant that the

docketing statement has not been filed and warned that the Court would dismiss the appeal if a docketing statement was not filed within twenty-one days. *See* TEX. R. APP. P. 42.3(c).

More than twenty-one days have passed, and we have not received the docketing statement. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 32.1, 42.3(c); *see also Hensley v. W.M. Specialty Mortg., LLC*, No. 10-05-00322-CV, 2005 Tex. App. LEXIS 9614, at \*1-2 (Tex. App.—Waco Nov. 16, 2005, no pet.) (mem. op.) (dismissing an appeal for failure to file a docketing statement).

STEVE SMITH
Justice

OPINION DELIVERED and FILED: March 20, 2025

Before Chief Justice Johnson,
  Justice Smith, and
  Justice Harris
Dismissed
CV06

